1

2
Attorneys for Plaintiff, WALTER WILLIAMS
3  ALLEY·CLARK·GREIWE
Counsel for Plaintiff
4  701 E. Washington Street
Tampa, Florida 33602
5  Phone: 813-222-0977
Facsimile: 813-224-0373
6

7

8

9                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
10

11  _____        )
                                             )  Case Specific Number 3:06-CV-5702
    IN RE: BEXTRA AND CELEBREX               )
12  MARKETING SALES PRACTICES AND            )  **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION             )  **District Judge: Charles R. Breyer**
13                                           )
    _____         )
14                                           )
    WALTER WILLIAMS,                         )
15                                           )  **STIPULATION AND ORDER OF**
                          Plaintiffs,        )  **DISMISSAL WITH PREJUDICE**
16                                           )
               vs.                           )
17                                           )
    Pfizer, Inc., et al.                     )
18                        Defendants.        )

19  _____

20       Come now the Plaintiff, WALTER WILLIAMS, and Defendants, by and through the

21  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

23  fees and costs.

24       DATED: 4|6 , 2009        By:_____

25                                ALLEY·CLARK·GREIWE
                                  Counsel for Plaintiff
26                                701 E. Washington Street
                                  Tampa, Florida 33602
27                                Phone: 813-222-0977
                                  Facsimile: 813-224-0373
28                                Attorneys for Plaintiff, WALTER WILLIAMS

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | DATED: April 6, 2009        By: _/s/_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2009        _____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**